**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THYRONE RYAN STEWART, | ) NO. EDCV 11-807-GHK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ROBERT TRIMBLE, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:    1/5/12    .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE